**31 So.2d 662**

### Dewey Arseal McKEE v. STATE.

### 5 Div. 434.

Supreme Court of Alabama.

July 31, 1947.

A. A. Carmichael, Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the petition.

Omar L. Reynolds and Reynolds & Reynolds, all of Clanton, opposed.

FOSTER, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of McKee v. State, 31 So.2d 656.

Writ denied.

GARDNER, C. J., and LAWSON and STAKELY, JJ., concur.

---

**31 So.2d 656**

### John BROWN v. STATE.

### 5 Div. 433.

Supreme Court of Alabama.

July 31, 1947.

Reynolds & Reynolds, of Clanton, for petitioner.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of John Brown for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Brown v. State, 31 So.2d 652.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.

---

**31 So.2d 670**

### Fred JOHNSON v. STATE.

### 6 Div. 609.

Supreme Court of Alabama.

July 31, 1947.

K. C. Edwards, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Fred Johnson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Johnson v. State, 31 So.2d 667.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.